No. 133. COFFEE, TRUSTEE, ET AL. *v.* SHAMROCK OIL & GAS CORP. October 9, 1944. Petition for writ of certi-

738

orari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Riley Strickland* and *James O. Cade* for petitioners. *Messrs. E. Byron Singleton, Cleo G. Clayton,* and *F. H. McGregor,* as *amici curiae,* filed a brief in support of the petition.